UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JOHN SMITH, | Civil No. 13-3277 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| UNITED STATES OF AMERICA, et al, | |
| Defendants. | |

_____

John Smith, 14029-059, FCI Otisville, P.O. Box 444, 2 Mile Drive, Otisville, NY 10963, *pro se* plaintiff,

Chad A. Blumenfield, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED**:

1. The Federal Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment, [Docket No. 60], is **GRANTED**.

2. Defendant Thomas Mayer's Motion for Summary Judgment and/or Statutory Dismissal Pursuant to Minn. Stat. § 145.682, [Docket No. 72] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 21, 2015        s/John R. Tunheim
at Minneapolis, Minnesota        JOHN R. TUNHEIM
      United States District Judge